Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE            FORM 3

```
┌─────────────────────────────────────┐
│ NORCA INDUSTRIAL COMPANY, LLC       │
│ and VINLONG STAINLESS STEEL         │
│ (VIETNAM) COMPANY, LTD.,            │
│                                     │
│                      Plaintiffs,    │
│                                     │
│     v.                              │
│                                     │
│ UNITED STATES,                      │
│                      Defendant.     │
└─────────────────────────────────────┘
```

SUMMONS   25-00132

**TO:**   The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Norca Industrial Company, LLC, importer of subject merchandise produced by Vinlong and Sonha; and Vinlong Stainless Steel (Vietnam) Company, Ltd., foreign producer and exporter of subject merchandise
   (Name and standing of plaintiff)

2. Welded Stainless Steel Pressure Pipe from the Socialist Republic of Vietnam: Final Results of Antidumping Duty Administrative Review; 2022-2023, 90 Fed. Reg. 22060 (Commerce May 23, 2025)
   (Brief description of contested determination)

3. May 12, 2025
   (Date of determination)

4. May 23, 2025
   (If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| /s/ Jeremy W. Dutra<br>Signature of Plaintiff's Attorney<br><br>June 20, 2025<br>       Date | Name, Address, Telephone Number<br>and E-mail Address of Plaintiff's Attorney<br><br>Jeremy W. Dutra<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW, Washington, DC 20037<br>(202) 626-6237<br>jeremy.dutra@squirepb.com |

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office Department of Justice,
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230