UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Timothy M. Reif

| | |
|---|---|
| NORCA INDUSTRIA COMPANY, LLC and VINLONG STAINLESS STEEL (VIETNAM) COMPANY, LTD., <br><br> Plaintiffs, <br><br> and <br><br> SONHA SSP VIETNAM SOLE MEMBER COMPANY LIMITED, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> And <br><br> FELKER BROTHERS CORPORATION and PRIMUS PIPE & TUBE, INC., <br><br> Defendant-Intervenors. | Court No. 25-00132 |

**PLAINTIFF-INTERVENOR SONHA SSP VIETNAM SOLE MEMBER COMPANY LIMITED'S NOTICE OF PARTIAL JOINDER IN PLAINTIFFS' <u>JOINT MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD</u>**

Plaintiff-Intervenor Sonha SSP Vietnam Sole Member Company Limited (Sonha SSP) provides notice of its joinder, in part, in the motion for judgment filed by Plaintiffs in this action.

The administrative record confirms that Sonha SSP fully cooperated in the U.S. Department of Commerce's administrative review of the antidumping duty

order of welded stainless steel pressure pipe from Vietnam, *Welded Stainless Steel Pressure Pipe From the Socialist Republic of Vietnam: Final Results of Antidumping Duty Administrative Review; 2022-2023,* 90 Fed. Reg. 22,060 (May 23, 2025).  *See* Preliminary Issues & Decision Memo. (PDM) (P.R. 175) at 2, 7-8.

The unfair 144.59% margin Commerce calculated for Sonha SSP in the administrative review is the direct result of Commerce's erroneous decision to use Morocco instead of Indonesia as the primary surrogate country.  To avoid submitting duplicative arguments to the Court, Sonha SSP instead fully adopts and joins in the arguments Plaintiffs articulate in their motion for judgment challenging Commerce's surrogate country selection.  Sonha takes no position on Plaintiffs' arguments relating to Commerce's application of total adverse facts available to Vinlong Stainless Steel (Vietnam) Co., Ltd.

WHEREFORE, Sonha SSP joins in Plaintiffs' request that the Court enter an Order holding Commerce's final results unsupported by substantial evidence and not in accordance with law, and enter judgment in favor of Plaintiffs.

Dated: December 30, 2025

        Respectfully submitted,

        SQUIRE PATTON BOGGS (US) LLP

        /s/ Jeremy W. Dutra
        Jeremy W. Dutra
        jeremy.dutra@squirepb.com
        2550 M Street, NW
        Washington, DC 20037
        Tel.: (202) 457-6000

        *Counsel for Plaintiff-Intervenor*